# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

ZECKEYA PERRY                                                           PLAINTIFF
ADC #156241

v.                                      5:17CV00269-JM-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction; *et al.*                            DEFENDANTS

### <u>ORDER</u>

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff is allowed to proceed on his claims regarding excessive confinement in punitive isolation, denial of access to newspapers and other media, and denial of access to his personal property, in which he implicates Defendants Wendy Kelley, Marshall Reed, Dexter Payne, R. Watson, Gibson, Emsweller, McHan, Cashion, Budnik, Bolden, R. Johnson, Claudia Harris, Stephens, Brown, Plumer, Easaw, F. Washington, Demery, Foots, Spencer, Dock King, Pittman, G. Thompson, Evans, and Felicia Piggee.

2.      All other claims are DISMISSED from this action without prejudice.

3.      Defendants Rory Griffin, Jason Kelley, Correct Care Solutions, Stringfellow, and Day1 are DISMISSED from this action without prejudice.

---

1 The allegations against Defendant Day contained in Plaintiff's objections relate to the dismissed claims. If

1

4.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

DATED this 13th day of November, 2017.

_____
JAMES M. MOODY, JR
UNITED STATES DISTRICT JUDGE

---

Plaintiff desires to pursue these claims, he may do so in a separate action for each claim.