IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ZECKEYA PERRY                                                                    PLAINTIFF
ADC #156241

v.                                     5:17CV00269-JM-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction; *et al.*                                      DEFENDANTS

# ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Clerk amend the docket to reflect the full and correct names of Defendants as follows: Tony McHan, Mark Cashion, Christopher Budnik, Kennie Bolden, James Plummer, Flora Washington, Michael Demery, Tonda Spencer, Faye Pittman, Gloria Thompson, and Gladys Evans. (Doc. No. 44 at 1.)

2. Defendants' Motion for Partial Summary Judgment (Doc. No. 47) is GRANTED.

3. Plaintiff's claims against Defendants Budnik, Demery, Evans, Kelley, Payne, Piggee, Reed, Thompson, Washington, Cashion, Bolden, King, Pittman, Plummer, and Spencer are DISMISSED without prejudice for failure to exhaust administrative remedies.

4. Plaintiff's claims against Defendant McHan for the denial of media and the denial of personal property are DISMISSED without prejudice for failure to exhaust administrative

1

remedies.

5. Plaintiff's claim against Defendant Harris for the denial of media is DISMISSED without prejudice for failure to exhaust administrative remedies.

6. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

DATED this 22nd day of January, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE