IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ZECKEYA PERRY                                                                                                PLAINTIFF
ADC #156241

v.                                            5:17CV00269-JM-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction; *et al.*                                                    DEFENDANTS

# ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant R. Johnson be DISMISSED without prejudice from this cause of action.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation would not be taken in good faith.

DATED this 12th day of February, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1