# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ZECKEYA PERRY                                                                                      PLAINTIFF
ADC #156241

v.                                          5:17CV00269-JM-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction; *et al.*                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's claims against Defendant Easaw are DISMISSED without prejudice due to a lack of service.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendation would not be taken in good faith.

DATED this 30th day of May, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE