UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ZECKEYA PERRY					PLAINTIFF
ADC #156241

v.				5:17CV00269-JM-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction; *et al.*				DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED WITH PREJUDICE. All relief sought is denied, and the case is closed.

Dated this 7th day of January 2019.

_____
UNITED STATES DISTRICT JUDGE